**Order entered January 24, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-01168-CV**
**No. 05-21-01169-CV**

**IN RE JUAN F. TURCIOS, Relator**

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-70886-P and F11-70896-P**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE